IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL BUNDAY,<br>    Petitioner, | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : | No. 13-3437 |
| JEROME WALSH, et al.,<br>    Respondents. | : <br> : | |

**<u>ORDER</u>**

AND NOW, on May 9, 2022, for the reasons expressed in my accompanying Memorandum Opinion, it is ORDERED that:

(1) By May 23, 2022, the Commonwealth shall file a brief addressing whether Petitioner Nathaniel Bunday has an opportunity to exhaust his habeas claims in state court.

(2) By June 6, 2022, Mr. Bunday may file a responsive brief.

BY THE COURT:

/s/ Richard A. Lloret
RICHARD A. LLORET
U.S. MAGISTRATE JUDGE